UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ALBERTO DE-LOS-SANTOS, | Civil No. 25-841 (JRT/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| WARDEN, FCI SANDSTONE, | |
| Respondent, | |

_____

Alberto De-Los-Santos, Reg. No. 50360-069, **FCI-Sandstone,** P.O. Box 1000, Sandstone, MN 55072, pro se Petitioner.

Ana H Voss and Kristine Elise Rau, **United States Attorney's Office**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Petitioner Alberto De-Los Santos's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, [ECF No. 1], is **DENIED**; and

2. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 14, 2025
at Minneapolis, Minnesota

                                                           s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                          United States District Judge